# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| BILLY RANSOM, ET AL., | ) | COURT MINUTES – CIVIL |
|  | ) | BEFORE: ARTHUR J. BOYLAN |
|  | ) | U.S. MAGISTRATE JUDGE |
| Plaintiff(s), | ) |  |
|  | ) | Case No: 12-cv-1197 (JRT/AJB) |
| v. | ) | Date: 8/12/13 |
|  | ) | Courthouse: Minneapolis |
| VFS, INC., ET AL., | ) | Courtroom: 9E |
|  | ) | Time Commenced: 9:30 a.m. |
| Defendant(s). | ) | Time Concluded: 1:40 p.m. |
|  | ) | Sealed Hearing Time: 1:30 pm-1:40 pm |
|  | ) | Total Time in Court: 4 Hours & 10 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

**APPEARANCES:**

    Plaintiff:    Paul O. Taylor

    Defendant:    Douglas Grawe, Eric J. Steinhoff

**PROCEEDINGS:**

    √    Settlement reached. Terms stated on the record.

        Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

    ☐    No settlement reached.

**Other Remarks:**

    The parties should bring any dispute about minor terms of the settlement to the Court for resolution.

                                                                              s/ KAT
                                                                       Judicial Assistant