UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| BILLY RANSOM et al, | Civil No. 12-1197 (JRT/AJB) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| VFS, INC et al, | |
| Defendants. | |

Paul O Taylor, **TAYLOR & ASSOCIATES, LTD**, 900 West 128th Street, Suite 104, Burnsville, MN 55337, for plaintiffs.

Eric J Steinhoff and Brian Wood, **LIND JENSEN SULLIVAN & PETERSON, PA**, 901 Marquette Avenue South, Suite 1300, Minneapolis, MN 55402, Douglas Grawe, **GRAWE LAW, PLLC**, 800 Lone Oak Road, Eagan, MN 55121  for defendants.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

**LET JUDGMENT BE ENTERED.**

DATED: September 10, 2013
at Minneapolis, Minnesota.

                                                              s/John R. Tunheim
                                                        JOHN R. TUNHEIM
                                         United States District Judge