# UNITED STATES DISTRICT COURT
## District of Minnesota

BILLY RANSOM, MICHAEL JOSEPH HAYES, MARK HAAF, DANIEL BRIAN BENSON, LEROY BLEDSOE, DAVID A. RIECK, HERMAN PEARSON, JEREMY PEARSON, CLINTON PEARSON, TIMOTHY RETHWISCH, DAVID PRESTOLT, ROGER ENGLAND, ROBERT REFFER, CHARLES L. DRAPER, DANIEL WINTER, MARK JURGENSEN, CLAYTON ELLIS, PAUL SKAGTER, JOHN KEM, RICHARD STONE, DANIEL BESS, and LEE VAN BOVEN,

          Plaintiffs,

V.

VFS, INC., WARREN AMUNDSON, and DONNA M. WALRAVEN,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  12-1197 (JRT/AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

| September 10, 2013 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/J. Zuech |
| | (By)       J. Zuech   Deputy Clerk |

Form Modified: 09/16/04